**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RANDALL JENNETTE,

                Petitioner

        v.

COMMONWEALTH OF PA, STATE
TREASURER,

                Respondent

: No. 764 MAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.